# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Main: 305-949-7777
Fax: 305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

August 6, 2026

**VIA CM/ECF**
Honorable Judge Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King
Federal Building
50 Walnut Street
Newark, NJ 07102

**Re: TORRES v. YOUNG EYELASH LLC, et al.**
**Case 2:26-cv-02343-CCC-MAH**

Dear Judge Cecchi:

The undersigned represents the Plaintiff in the above-captioned case matter. Per the Notice of Call for Dismissal [D.E. 8], the Court advised that this matter will be dismissed for failure to effect service of the Summons and Complaint within 90 days. Plaintiff has made diligent efforts to serve both defendants. One defendant was successfully served through a process server [D.E 8]. However, service upon the second defendant was unsuccessful despite reasonable efforts.

Since that time, Plaintiff has initiated new service attempts through a process server, as well as courtesy copies of the Complaint and Summons sent via Federal Express. In addition, service was initiated via an independent courier service, in an effort to ensure notice to the defendant.

For the above-state reasons, the Plaintiff and the undersigned respectfully request an extension of time of 45 days for the Defendants to contact the undersigned, make their appearance and respond to the lawsuit in this matter.

This is the undersigned's first request for an extension of time for an appearance with regard to a Notice of Call in this case. Thank you for your attention to this request.

Thank you for your attention to this matter.

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/10/2026

Yours very truly,

THE WEITZ LAW FIRM, P.A.

By: Robert J. Mirel
Robert J. Mirel, Esq.