# THE WEITZ LAW FIRM, P.A.

18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Main: 305-949-7777
Fax: 305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

September 21, 2026

**VIA CM/ECF**
Honorable Magistrate Judge Alex D. Silagi
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post
Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

**Re:** ***TORRES v. YOUNG EYELASH LLC, et al.***
**Case 2:26-cv-02343-CCC-ADS**

Dear Magistrate Judge Silagi:

The undersigned represents the Plaintiff in the above-captioned case matter. Per the Notice of Call for Dismissal [D.E. 8], the Court advised that this matter will be dismissed for failure to effect service of the Summons and Complaint within 90 days.

Plaintiff has undertaken diligent efforts to effectuate service upon both Defendants. One Defendant was successfully served through a process server [D.E. 8]. Despite reasonable and repeated efforts, service upon the second Defendant has not yet been successful. Plaintiff has since undertaken additional efforts to effectuate service, including further attempts through a process server and sending courtesy copies of the Summons and Complaint via Federal Express. Plaintiff has also utilized an independent courier service in an additional means of providing notice of this action to the Defendant.

Plaintiff is presently undertaking additional efforts to locate Defendant and/or its registered agent, including initiating a skip trace to identify an alternate address, including residential address for the registered agent. Plaintiff believes these additional efforts may provide a further opportunity to locate the appropriate individual and ensure that Defendant has received notice of the action.

For the above-state reasons, the Plaintiff and the undersigned respectfully request an extension of time of 45 days for the Defendants to contact the undersigned, make their appearance and respond to the lawsuit in this matter.

This is the undersigned's second request for an extension of time for an appearance with regard to a Notice of Call in this case. Thank you for your attention to this request.

Thank you for your attention to this matter.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 9/22/2026

Yours very truly,

THE WEITZ LAW FIRM, P.A.

By: ___________________
Robert J. Mirel, Esq.